UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | No. 3:06-CR-94 |
| V. | ) | (JORDAN/SHIRLEY) |
| | ) | |
| | ) | |
| ULYSSES ROBINSON | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

An initial appearance and arraignment were held in this case on December 6, 2006. W. Brownlow Marsh, Assistant United States Attorney, was present representing the government, and James Greenlee was present representing the defendant. Upon motion of the government for detention and, and pursuant to 18 U.S.C. Section 3142, it is ordered that a detention hearing is scheduled for **Thursday, December 7, 2006,** at **3:00 p.m.**, before the undersigned. The defendant shall be held in custody by the United States Marshal until that time and produced for the above scheduled hearing.

IT IS SO ORDERED.

ENTERED:


　　　　　　　　　　　　　　　s/ C. Clifford Shirley, Jr.
　　　　　　　　　　　　　　United States Magistrate Judge