UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-94 |
| | ) | (JORDAN/SHIRLEY) |
| ULYSSES ROBINSON | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on Defendant Robinson's Motion For Additional Time To File Motions [Doc. 13], filed on January 2, 2007. In said motion, Defendant asks that the deadline for filing pretrial motions be delayed until 7 working days after he receives the transcript of the Detention Hearing held on December 7, 2006. In support thereof, Defendant states that after a detention hearing was conducted on December 7, 2006, defense counsel ordered a transcript of the hearing, but to date has not yet received a copy of same. Counsel indicates that the testimony of officer David Joyner, who testified at the detention hearing, is necessary to complete and file certain suppression motions. Additionally, counsel notes that there are many items of discovery that Defendant feels have not been provided by the government yet. Counsel has further represented to the undersigned that the government has no objection to the requested extension.

1

Finding Defendant Robinson has shown good cause for an extension, the Court hereby **GRANTS** the motion [**Doc. 13**] and extends the deadline for filing motions to **January 15, 2007**. The government's deadline for responding to any motions is likewise extended to **January 23, 2007**. All other dates in this case, including the January 24, 2007 pretrial conference, shall remain the same at this time.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.   
United States Magistrate Judge