# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| ULYSSES ROBINSON, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | Nos.: 3:06-cr-094-RLJ-CCS-1 |
| v. ) | 3:11-cv-166-RLJ-CCS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Respondent*. ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court hereby **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**E N T E R :**

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
  CLERK OF COURT